IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIELLE HARAN, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 3:24-CV-2565-K-BW |
| | § | |
| TITLE LOAN COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, the Court will SUMMARILY DISMISS this action without prejudice as barred by the "three-strikes" rule of 28 U.S.C. § 1915(g) as to Plaintiff Patrick Emmett, and alternatively, will DISMISS this action

with prejudice as frivolous and for failure to state a claim under 28 U.S.C. § 1915(e) and § 1915A.

**SO ORDERED.**

**Signed March 12th, 2025.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE